**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CECILIA DANIELS IVY** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00028-JTK**

**FRANK BISIGNANO** **DEFENDANT**
**Acting Commissioner**
**Social Security**

# ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 18) Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

SO ORDERED THIS 23rd day of October, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE