**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CECILIA DANIELS IVY** **PLAINTIFF**

**v.** **Case No. 3:26-cv-00028-JTK**

**FRANK BISIGNANO** **DEFENDANT**
**Acting Commissioner**
**Social Security**

**JUDGMENT**

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 23rd day of October, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE